No. 878. FRANCES A. BECKER, PETITIONER, v. EXCHANGE MUTUAL FIRE INSURANCE COMPANY OF PENNSYLVANIA. March 6, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Edmund Bayly Seymour, Jr.,* for the petitioner. No appearance for the respondent.

No. 883. MONTANA MINING COMPANY, LIMITED, PETITIONER, v. ST. LOUIS MINING & MILLING COMPANY OF MONTANA. March 6, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. E. C. Day, Mr. L. O. Evans, Mr. A. B. Browne, Mr. Alexander Britton* and *Mr. Evans Browne* for the petitioner. *Mr. Thomas J. Walsh* and *Mr. M. S. Gunn* for the respondent.

No. 892. FRANK W. FLETCHER ET AL., PETITIONERS, v. ALBERT W. BROWN. March 6, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Henry M. Campbell* and *Mr. Henry Ledyard* for the petitioners. *Mr. Harrison Geer* and *Mr. Walter B. Grant* for the respondent.

No. 900. THE FOSTER HOSE SUPPORTER COMPANY, PETITIONER, v. THOMAS P. TAYLOR. March 6, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. James J. Kennedy* for the petitioner. *Mr. Morris W. Seymour* and *Mr. David S. Day* for the respondent.